# EXHIBIT 7

| USPN 10,080,394 |
|---|
| **Claim 1** |
| A protective headgear (1) comprising: |
| a headband (1) configured to fit around a head of a person (14), the headband (1) having an open top (2) and a plurality of pouches (3) attached to an outer surface of the headband (1); and |
| a plurality of protective inserts (4) each at least partially enclosed within the plurality of pouches (3) respectively, and positioned to at least partially cover at least two of the following regions of the head of the person when the headband is fit around the head of the person (14): frontal (5); left parietal (6); right parietal (7); left sphenoidal (8); right sphenoidal (9); left temporal (10); right temporal (11); and occipital (12). |
| **Claim 10** |
| The protective headgear (1) of claim 1, wherein the plurality of protective inserts (4) are positioned to at least partially cover each of the frontal (5), left parietal (6), right parietal (7), left sphenoidal (8), right sphenoidal (9), left temporal (10), right temporal (11), and occipital (12) regions of the head of the person when the headband is fit around the head of the person (14). |
| **Claim 13** |
| The protective headgear (1) of claim 1, wherein at least one of the protective inserts (4) is curved (13) to substantially fit the shape of a corresponding portion of the head of the person against which the insert (4) will lie within the corresponding pouch (3) when the headband (1) is fit around the head of the person (14). |

Exhibit 7
Page 1

| **USPN 10,681,946** |
|---|
| **Claim 1** |
| A protective headgear (1) comprising: |
| a headband (1) configured to fit around a head of a person (14), the headband (1) having an open top (2) and a plurality of pouches (3) attached to an outer surface of the headband; and |
| a plurality of protective inserts (4) each at least partially enclosed within the plurality of pouches (3) respectively. |
| **Claim 13** |
| The protective headgear (1) of claim 1, wherein at least one of the protective inserts (4) is curved (13) to substantially fit the shape of a corresponding portion of the head of the person against which the insert (4) will lie within the corresponding pouch (3) when the headband (1) is fit around the head of the person (14). |

Exhibit 7
Page 2

| USPN 11,627,771 |
|---|
| **Claim 1** |
| A protective headgear (1) comprising: |
| a headband (1) configured to fit around a head of a person (14), the headband (1) having a plurality of pouches (3) attached to an outer surface of the headband (1); and |
| a plurality of protective inserts (4) enclosed within the plurality of pouches (3) respectively. |
| **Claim 9** |
| The protective headgear (1) of claim 1, wherein at least one of the protective inserts (4) is curved (13) to substantially conform to the shape of a corresponding portion of the head of the person against which the insert (4) will lie within the corresponding pouch (3) when the headband (1) is fit around the head of the person (14). |
| **Claim 11** |
| The protective headgear (1) of claim 1, wherein the plurality of pouches (3) are sewn closed (15). |
| **Claim 19** |
| The protective headgear (1) of claim 9, wherein the plurality of pouches (3) are sewn closed (15). |

Exhibit 7
Page 3

| USPN 12,016,408 |
| --- |
| **Claim 1** |
| A protective headgear (1) comprising: |
| a headband (1) configured to fit around a head of a person (14), the headband (1) having a plurality of pouches (3) permanently attached (15) to an outer surface of the headband (1) by stitching (15); and |
| a plurality of protective inserts (4) enclosed within the plurality of pouches (3) respectively. |
| **Claim 2** |
| The protective headgear (1) of claim 1, further having an open top (2). |
| **Claim 9** |
| The protective headgear (1) of claim 1, wherein the plurality of protective inserts (4) comprise at least one material selected from the group consisting of: impact-resistant plastic, KEVLAR, carbon-fiber, polyurethane, rubber, gel, foam padding,[1] fiberglass, and metal. |
| **Claim 10** |
| The protective headgear (1) of claim 1, wherein at least one of the plurality of protective inserts (4) is curved (13) to substantially fit the shape of a corresponding portion of the head of the person. |
| **Claim 19** |
| The protective headgear (1) of claim 1, wherein the plurality of pouches (3) are positioned so the plurality of protective inserts (4) at least partially cover at least two of the following regions of the head of the person when worn: frontal (5); left parietal (6); right parietal (7); left sphenoidal (8); right sphenoidal (9); left temporal (10); right temporal (11); and occipital (12). |

---

[1] Upon information and belief, the inserts are made of KINETIX, Defendant's proprietary material comprising foam.

Exhibit 7
Page 4

| USPN 12,016,408 |
| --- |
| **Claim 20** |
| The protective headgear (1) of claim 1, wherein the plurality of pouches (3) are positioned so the plurality of protective inserts (4) at least partially cover each of the following regions of the head of the person when worn: frontal (5); left parietal (6); right parietal (7); left sphenoidal (8); right sphenoidal (9); left temporal (10); right temporal (11); and occipital (12). |

| USPN 12,550,958 |
| --- |
| **Claim 1** |
| A protective headgear (1) comprising: |
| a headband (1) configured to fit around a head of a person (14), the headband (1) having a plurality of pouches (3) attached to an outer surface of the headband; and |
| a plurality of protective inserts (4) enclosed within the plurality of pouches (3) respectively and in fixed positions within the plurality of pouches (3) respectively. |
| **Claim 2** |
| The protective headgear (1) of claim 1, wherein the plurality of pouches (4) are permanently attached (15) to the outer surface of the headband (1). |
| **Claim 3** |
| The protective headgear (1) of claim 2, wherein the plurality of pouches (3) are sewn closed (15). |
| **Claim 5** |
| The protective headgear (1) of claim 1, wherein at least one of the plurality of protective inserts (4) comprise foam padding[2]. |

---

[2] See footnote 1, surpa.

Exhibit 7
Page 5

| USPN 12,550,958 |
|---|
| **Claim 6** |
| The protective headgear (1) of claim 5, wherein the plurality of pouches (3) are sewn closed (15). |
| **Claim 7** |
| The protective headgear (1) of claim 5, wherein the headband (1) has an open top (2). |
| **Claim 8** |
| The protective headgear (1) of claim 7, wherein the plurality of pouches (3) are sewn closed (15). |
| **Claim 10** |
| The protective headgear (1) of claim 7, wherein at least one of the plurality of protective inserts (4) is curved (13) to substantially fit the shape of a corresponding portion of the head of the person. |
| **Claim 11** |
| The protective headgear (1) of claim 7, wherein the plurality of pouches (3) are permanently attached (15) to the outer surface of the headband (1). |
| **Claim 12** |
| The protective headgear (1) of claim 5, wherein the plurality of pouches (3) are permanently attached (15) to the outer surface of the headband (1). |
| **Claim 13** |
| The protective headgear (1) of claim 12, wherein the plurality of pouches (3) are sewn closed (15). |
| **Claim 14** |
| The protective headgear (1) of claim 1, wherein the headband (1) has an open top (2). |

Exhibit 7
Page 6

| USPN 12,550,958 |
|---|
| **Claim 15** |
| The protective headgear (1) of claim 14, wherein at least one of the plurality of protective inserts (4) comprise foam padding[3]. |
| **Claim 16** |
| The protective headgear (1) of claim 1, wherein at least one of the plurality of protective inserts (4) is curved (13) to substantially fit the shape of a corresponding portion of the head of the person. |
| **Claim 17** |
| The protective headgear (1) of claim 1, wherein the plurality of pouches (3) are positioned so the plurality of protective inserts (4) at least partially cover at least two of the following regions of the head of the person when worn: frontal (5); left parietal (6); right parietal (7); left sphenoidal (8); right sphenoidal (9); left temporal (10); right temporal (11); and occipital (12). |
| **Claim 18** |
| The protective headgear (1) of claim 17, wherein the plurality of pouches (3) are positioned so the plurality of protective inserts (4) at least partially cover each of the following regions of the head of the person when worn: frontal (5); left parietal (6); right parietal (7); left sphenoidal (8); right sphenoidal (9); left temporal (10); right temporal (11); and occipital (12). |

---

[3] See footnote 1, surpa.

Exhibit 7
Page 7