**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Shane Michael Johnston, an individual,

        Plaintiff,

v.

Guardian Sports, LLC, a Georgia
Limited Liability Company,

        Defendant.

CIVIL ACTION
NO. 1:26-cv-02211-TRJ

## JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Under Fed. R. Civ. P. 6(b)(1), Shane Michael Johnston ("Plaintiff") and Guardian Sports, LLC ("Defendant") jointly move to extend Defendant's deadline to respond to Plaintiff's Complaint from May 29, 2026 to June 29, 2026.

Good cause exists for this extension because Defendant's counsel, Kevin W. Kirsch and Andrew E. Samuels (*pro hac vices forthcoming*), are currently preparing for a trial scheduled to begin on June 1, 2026, with a final pretrial conference set for May 20, 2026. Granting a thirty (30) day extension to respond to Plaintiff's Complaint will provide sufficient time to prepare a proper response.

Plaintiff's counsel, Neal M. Cohen of Vista IP Law Group LLP, has agreed to the form and content of this motion. A proposed Order is attached hereto for the Court's consideration.

Respectfully submitted this 14th day of May, 2026.

/s/ Armon Shahdadi
Armon Shahdadi (GBN 940688)
Pierson Ferdinand LLP
260 Peachtree Street NW, Suite 2200
Atlanta, Georgia 30303
Tel: 470.657.9784
Email: armon.shahdadi@pierferd.com

Neal M. Cohen (PHV)
**Vista IP Law Group LLP**
100 Spectrum Center Drive, Suite 900
Irvine, CA 92618
Tel: 760.803.8271 (cell)
Fax: 949.625.8955
Email: nmc@viplawgroup.com

Counsel for Plaintiff,
Shane Michael Johnston

/s/ Theresa M. Weisenberger
Theresa M. Weisenberger (GBN 286964)
**Baker & Hostetler LLP**
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309
Telephone:  404.256.6689
Fax:  404.459.5734
Email:  tweisenberger@bakerlaw.com

Kevin W. Kirsch (PHV forthcoming)
Andrew E. Samuels (PHV forthcoming)
**Baker & Hostetler LLP**
200 Civic Center Drive, Suite1200
Columbus, OH 43215
Telephone: 614.228.1541
Fax: 614.462.2616
Email: kkirsch@bakerlaw.com
        asamuels@bakerlaw.com

Counsel for Defendant,
Guardian Sports, LLC

2

3

## CERTIFICATE OF SERVICE

I certify that on May 14, 2026, I electronically filed this **Joint Motion for Extension of Time for Defendant to Respond to Complaint** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ Theresa M. Weisenberger
Theresa M. Weisenberger (GBN 286964)
**Baker & Hostetler LLP**
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309
Telephone:  404.256.6689
Fax:  404.459.5734
Email:  tweisenberger@bakerlaw.com

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Shane Michael Johnston, an individual,

      Plaintiff,

v.

Guardian Sports, LLC, a Georgia
Limited Liability Company,

      Defendant.

CIVIL ACTION
NO. 1:26-cv-02211-TRJ

**[PROPOSED] ORDER ON JOINT MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Presently before the Court is Plaintiff Shane Michael Johnston and Defendant Guardian Sports, LLC's Joint Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint. Defendant seeks an additional thirty (30) days to respond to the Complaint.

Having considered the Joint Motion, and it appearing that Plaintiff does not oppose the requested relief, and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Court extends the deadline for Defendant to respond to the Complaint up to and including June 29, 2026.

Dated: _____, 2026

_____
UNITED STATES DISTRICT JUDGE